UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA       )
                               )
                               )
v.                             )       Case No.: CR 115-017
                               )
                               )
LEON NATHAN DAVIS              )

**<u>DEFENDANT'S NOTICE OF WAIVER OF DETENTION HEARING</u>**

At the initial appearance and arraignment conducted on March 16, 2015, the Government moved for pre-trial detention.  In response, Defendant requested that the detention hearing be continued.  Presently, the hearing is scheduled for Friday, March 20, 2015.

Upon further consideration, Defendant does not oppose pre-trial detention at this time and therefore waives his request for a hearing on the issue of detention.  Should circumstances warrant, Defendant, through his counsel, requests the opportunity to raise the issue of pre-trial detention upon the filing of a motion with the Court.

Respectfully submitted this 19th day of March, 2015.

/s/ Michael N. Loebl
MICHAEL N. LOEBL
Georgia Bar No. 455709
Attorney for Defendant
FULCHER HAGLER LLP
One 10th Street, Suite 700
P.O. Box 1477
Augusta, Georgia 30903-1477
Telephone: (706) 724-0171
E-mail: mloebl@fulcherlaw.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this day served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

This 19th day of March, 2015.

/s/ Michael N. Loebl
MICHAEL N. LOEBL
Georgia Bar No. 455709
Attorney for Defendant
FULCHER HAGLER LLP
One 10th Street, Suite 700
P.O. Box 1477
Augusta, Georgia 30903-1477
Telephone: (706) 724-0171
E-mail: mloebl@fulcherlaw.com